IN THE UNITED STATES DISTRICT COURT 00-2892
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | : | CIVIL ACTION |
| OC ROCKETS, LLC, AS OWNER OF THE | : | |
| MOTOR VESSEL OC ROCKET FOR | : | |
| EXONERATION FROM AND LIMITATION | : | |
| OF LIABILITY | : | IN ADMIRALTY |

### AMENDED RESTRAINING ORDER, ORDER FOR ISSUANCE OF MONITION, ORDER THAT CLAIMS BE FILED WITH CLERK

A Complaint having been filed herein on September 27, 2000 by OC Rockets, LLC, as owner of a 1998 57-foot fiberglass vessel, Coast Guard Official No. 1067221, (hereinafter referred to as the "Vessel"), claiming exoneration from or limitation of liability as provided for by the Revised Statutes of the United States and the various statutes supplementary to and amendatory thereof, and also contesting the liability of Petitioner for any and all alleged injuries, losses, damage, or destruction done, occasioned by or resulting from the incident described in the Complaint herein, and said Complaint also stating the facts and circumstances upon which exoneration from or limitation of liability are claimed, and it appearing that claims have been or will be made against petitioner for losses, damages, injuries or destruction alleged to have resulted in consequence of events occurring during the incident described in the Complaint;

A restraining order was issued in this case on September 27, 2000;

NOW, on Motion of Palmer Biezup & Henderson LLP, attorneys for Petitioner, it is

ORDERED, that a Monition issue out of and under the seal of this Court citing all persons asserting claims with respect to which the Complaint seeks exoneration or limitation and

PBH 132284.1

admonishing them to file their claim with the Clerk of this Court on or before January 2, 2001 and to serve upon or mail to Palmer Biezup & Henderson, LLP, the attorneys for Petitioner, a copy thereof, on or before the same date, or be defaulted; and it is further

ORDERED, that the further prosecution of any and all suits, actions or proceedings of any nature or description whatsoever which have already been commenced against Petitioner and/or against the vessel except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the incident described in the Complaint are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED, that upon the signing of this Order, the commencement of any suit, action or proceeding of any nature or description whatsoever against Petitioner and/or against the vessel, except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the voyage upon which the vessel was then engaged, is hereby enjoined until the hearing and determination in this proceeding; and it is further

ORDERED, that Notice of the Complaint for Exoneration from or Limitation of Liability and the Monition pursuant thereto be given as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by publication of notices in the *Maryland Times-Press*, a newspaper published in Ocean City, Maryland, once each week for four successive weeks, and that the first publication of said Notice be at least thirty (30) days before said return date and that Petitioners, not later than the day of the second publication, shall send by registered mail a copy of said Notice, together with a copy of this Order to all persons who at the time of making this Order shall have instituted suit for loss, damage, injury or destruction done,

occasioned, incurred, or arising out of the aforesaid matter or shall have made written claim in respect thereto, or to their respective attorneys if so represented; and it is further

ORDERED, that a copy of said Notice, together with a copy of this Order, be mailed on or before the day of the second publication to such other persons known by Petitioner who may make claim against the vessel or the Petitioner arising out of the voyage which is the subject of the limitation proceeding.

                                                                        _____
                                                                        United States District Judge

Dated: 11/17/00

PBH: 132284.1