

# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

MAR 26 2001

| NEW JERSEY<br>200 NORTH FIFTH STREET<br>CAMDEN, NEW JERSEY 08102-1204<br>856 428 7717<br>FAX 856 338 1008 | 956 PUBLIC LEDGER BUILDING<br>INDEPENDENCE MALL WEST<br>620 CHESTNUT STREET<br>PHILADELPHIA, PENNSYLVANIA 19106-3409 | JUDGE WILLIAM M. NICKERSON<br>140 BROADWAY, 46TH FLOOR PMB 46030<br>NEW YORK, NEW YORK 10005<br>212 406 1855<br>FAX 212 858 7651 |

STEPHEN M. CALDER
PARTNER
scalder@pbh.com
DIRECT DIAL: 215-625-7805

215 625 9900
FAX: 215 625 0185
pbh1@pbh.com

DELAWARE
1223 FOULK ROAD
WILMINGTON, DELAWARE 19803
302 594 0895
FAX 302 478 7625

March 22, 2001

BY OVERNIGHT COURIER

The Honorable William M. Nickerson
United States District Court
101 West Lombard Street
Baltimore, MD 21201

    Re:   *In re O.C. Rocket LLC*
          U.S.D.C., District of Maryland
          Civil Action No.: WMN 00-2892
          Our File No. 9465-077

Dear Judge Nickerson:

    Subsequent to the issuance of the Court's Scheduling Order dated January 24, 2001, the parties have encountered a number of difficulties in regard to discovery. Among other things, certain employees of Petitioner O.C. Rocket are seasonal workers who will not be available until later this Spring, and medical records and depositions must be obtained from plaintiffs' medical providers located in New York. In addition, the existing schedule calls for Petitioner to be the first party to provide expert disclosures, and the parties agree that the schedule should be modified so that Claimants will first provide expert disclosures and reports, after having sufficient time to obtain the necessary documents and deposition testimony.

    For these reasons, the parties have conferred and respectfully submit this joint request that the Court enter a Revised Scheduling Order, as follows:

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | July 15, 2001 |
| Discovery deadline | July 31, 2001 |
| Request for Admissions | August 7, 2001 |
| Claimants' expert reports | August 31, 2001 |
| Petitioner's expert reports and submission of status report | September 28, 2001 |
| Dispositive motions | October 15, 2001 |

"*APPROVED*" THIS 26th DAY
OF *March*, 20 01
*[signature]*
UNITED STATES DISTRICT JUDGE

**PALMER BIEZUP & HENDERSON LLP**

The Honorable William M. Nickerson
March 22, 2001
Page 2

      We apologize for troubling the Court with these matters, but the parties believe this proposed schedule will reasonably enable them to fulfill their respective discovery obligations within the least amount of time.

      Respectfully yours,

      PALMER BIEZUP & HENDERSON

      By: *[signature]*
      Stephen M. Calder

SMC/sp

cc:   David Skeen, Esq.
       Matt R. Ballenger, Esq.

PBH: 137912.1