

Wright, Constable & Skeen, L.L.P. Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

**RECEIVED**
AUG 24 2001
**JUDGE WILLIAM M. NICKERSON**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 28 A 11: 42

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

August 21, 2001

Writer's Direct Dial/E-Mail
(410) 659-1305/dwskeen@wcsllp.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Henry B. Russell
Michael A. Stanley
Howard S. Stevens*
Joy K. Sakellaris
Walter W. Green

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax   410-825-0715

www.wcsllp.com

The Honorable William M. Nickerson
United States District Court
For the District of Maryland
3rd Floor, Room 330
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   In the Matter of the Complaint
      of OC Rockets LLC, etc.
      <u>Civil Action No. WMN 00 CV 2892</u>

Dear Judge Nickerson:

We are writing to jointly request a revision in the present pre-trial schedule. We believe that the factual discovery is sufficiently complete to permit evaluation of the case for settlement. We request that the scheduled be slipped two months to permit us to explore settlement and/or mediation. Our suggestion would be, that if you could refer this matter to a magistrate judge to set a mediation date, we will attempt to resolve a case, failing which we will meet with the magistrate judge. We feel that should this request be acceptable to you, the new dates would be as follows:

| | |
|---|---|
| Claimants' expert reports | October 31, 2001 |
| Petitioner's expert reports and submission of status report | November 28, 2001 |
| Dispositive Motions | December 15, 2001 |

Thank you for your attention to this matter.

Very truly yours,

*/s/ David W. Skeen*

David W. Skeen

cc:  Stephen M. Calder, Esq.
     Peter Ayres Wimbrow, III, Esq.

DWS.ODIERNO.WIMBROW.LTR.lan
109888 v. (09495.00001)

Approved THIS ___ DAY
OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia