

# WC&S
**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350



JUDGE WILLIAM M. NICKERSON

October 29, 2001

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

**Associates**
Henry B. Russell
Michael A. Stanley
Howard S. Stevens*
Joy K. Sakellaris

**Of Counsel**
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

**Towson Office**
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax   410-825-0715

www.wcsllp.com

Writer's Direct Dial/E-Mail
(410) 659-1305/dwskeen@wcsllp.com

The Honorable William M. Nickerson
United States District Court
For the District of Maryland
3rd Floor, Room 330
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   In the Matter of the Complaint
      of OC Rockets LLC, etc.
      <u>Civil Action No. WMN 00 CV 2892</u>

Dear Judge Nickerson:

This matter has been referred to Magistrate Judge Bredar for a settlement conference. Unfortunately the conference could not be scheduled until February 2002. Both parties believe that a satisfactory settlement would be promoted by a suspension of the discovery schedule pending the outcome of the settlement conference. It is the intention of the parties to continue to take selective discovery where necessary. Accordingly, we would appreciate your consideration of suspending the current schedule, which provides for disclosure of experts October 31, 2001, Petitioner's Experts November 28, 2001, and Dispositive Motions on December 15, 2001, to be rescheduled after the settlement conference, if necessary.

Thank you for your consideration of this matter.

Very truly yours,

David W. Skeen

cc:  Stephen M. Calder, Esq.

DWS.ODIERNO.NICKER.LTR.lan

109888 v. (09495.00001)

" <u>APPROVED</u>    " THIS 31st DAY
OF <u>October</u>, 20<u>01</u>

_____
UNITED STATES DISTRICT JUDGE

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia