IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE :
COMPLAINT OF OC ROCKET LLC
AS OWNER OF THE VESSEL FOR : CIVIL ACTION NO. WMN-00-2892
EXONERATION FROM THE
LIMITATION OF LIABILITY :

## ORDER EXTENDING ORDER OF COURT

Upon consideration of counsel's letter request of March 11, 2002, and the parties' Stipulation of Settlement, this Court's Order of February 12, 2002, is amended as follows:

IT IS ORDERED that as set out in said Order this action has been dismissed with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 15 days from date to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

The Clerk of the Court is directed to mail copies of this Order to counsel of record for the parties appearing in this case.

_____
William M. Nickerson
United States District Judge

Dated: 3/12/02





**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

March 11, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax     410-825-0715

www.wcslaw.com

Writer's Direct Dial/E-Mail
(410) 659-1305/dwskeen@wcslaw.com

**BY HAND**

The Honorable William M. Nickerson
United States District Court
For the District of Maryland
3rd Floor, Room 330
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   In the Matter of the Complaint
      of OC Rockets LLC, etc.
      Civil Action No. WMN 00 CV 2892

Dear Judge Nickerson:

On February 12th the court signed the attached 30-day Settlement Order in the above-captioned case. Despite our efforts in executing settlement documents and requests for payment, we have not yet received the settlement check. Accordingly, I am requesting a ten (10) day extension of the attached Settlement Order as I am advised by defense counsel, Mr. Calder, that we should receive a check in that time. Accordingly, we would request that the Settlement Order be extended up to and including March 25, 2002. I am authorized to advise that defense counsel has no objection and joins in the request.

Very truly yours,

David W. Skeen

Encl.

cc:  Stephen M. Calder, Esq.
     Peter Ayers Wimbrow, III, Esq.

DWS.ODIERNO.NICKER.LTR.lan

109888 v. (09495.00001)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia